■ In the Matter of SIDNEY RUDNER, Petitioner, v BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents. — Motion for stay of order of revocation pending determination of review proceeding denied, without costs. The papers fail to demonstrate a substantial likelihood of success as required by subdivision 5 of section 6510 of the Education Law. Mahoney, P. J., Sweeney, Kane, Weiss and Levine, JJ., concur.